# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

BOKF, NA and BOK Financial Securities, Inc.
Plaintiff

v.

3:18-cv-794
Civil Action No.

Vickie Sue Wise, et. al.
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiffs, BOKF, NA and BOK Financial Securities, Inc., as legal successor to BOSC, Inc., (collectively "BOKF")

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

BOKF is a wholly owned subsidiary of BOK Financial Corporation (the "Parent Corporation"). The Parent Corporation is a publicly held corporation whose shares are traded on the NASDAQ stock exchange. No publicly held corporation owns 10% or more of the stock of the Parent Corporation.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

1. Plaintiffs: BOKF, NA, BOK Financial Securities, Inc.
2. Defendants: Vickie Sue Wise, Ronnie Carroll "Skip" Davis, Melissa Morgenson Del-Cid, Hilltop Holdings, Inc., Hilltop Securities, Inc., Hilltop Independent Network Inc., Lloyds Insurance Company, American Summit Insurance Company, and Plains Capital Bank

|  |  |
|---|---|
| Date: | March 30, 2018 |
| Signature: | /s/John D. Clayman |
| Print Name: | John D. Clayman |
| Bar Number: | 24066338 |
| Address: | 124 East Fourth Street |
| City, State, Zip: | Tulsa, Oklahoma  74103 |
| Telephone: | (918) 583-9922 |
| Fax: | (918) 584-2739 |
| E-Mail: | jclayman@fdlaw.com |

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons