IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BOKF, NA AND BOK FINANCIAL SECURITIES, INC., <br><br> PLAINTIFFS, <br><br> V. <br><br> VICKIE SUE WISE, RONNIE CARROLL "SKIP" DAVIS, MELISSA MORGESON DEL-CID, HILLTOP HOLDINGS, INC., HILLTOP SECURITIES, INC., HILLTOP SECURITIES INDEPENDENT NETWORK INC., NATIONAL LLOYDS INSURANCE COMPANY, AMERICAN SUMMIT INSURANCE COMPANY, AND PLAINSCAPITAL BANK, <br><br> DEFENDANTS. | CIVIL NO. 3:18-cv-00794 |

**ORDER DENYING PLAINTIFF'S PLAINTIFFS' APPLICATION FOR A TEMPORARY INJUNCTION**

On this day came on for consideration Plaintiffs' Application for a Temporary Injunction (the "Motion"). After reviewing the Motion, the response thereto, and the pleadings on file, the Court is of the opinion that the Motion lacks merit and should be denied. It is therefore:

ORDERED, ADJUDGED AND DECREED that Plaintiffs' Application for a Temporary Injunction is hereby DENIED.

_____
JUDGE PRESIDING