IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BOKF, NA AND BOK FINANCIAL SECURITIES, INC., | § § § | |
| PLAINTIFFS, | § § § | |
| V. | § § | |
| VICKIE SUE WISE, RONNIE CARROLL "SKIP" DAVIS, MELISSA MORGESON DEL-CID, HILLTOP HOLDINGS, INC., HILLTOP SECURITIES, INC., HILLTOP SECURITIES INDEPENDENT NETWORK INC., NATIONAL LLOYDS INSURANCE COMPANY, AMERICAN SUMMIT INSURANCE COMPANY, AND PLAINSCAPITAL BANK, | § § § § § § § § § § | CIVIL NO. 3:18-cv-00794 |
| DEFENDANTS. | § § | |

## APPENDIX IN SUPPORT OF DEFENDANTS' BRIEF IN OPPOSITION TO PLAINTIFFS' APPLICATION FOR A TEMPORARY INJUNCTION

Respectfully submitted,

*/s/ Richard A. Illmer*
Richard A. Illmer
State Bar No. 10388350
Chad A. Johnson
State Bar No. 24026259

**HUSCH BLACKWELL LLP**
2001 Ross Avenue, Suite 2000
Dallas, Texas  75201
(214) 999-6100
(214) 999-6170 (*facsimile*)

**ATTORNEYS FOR THE DEFENDANTS**

## CERTIFICATE OF SERVICE

A copy of the foregoing has been served to all counsel of record via ECF on this 5th day of April 2018.


*/s/ Richard A. Illmer*
Richard A. Illmer

| **Tab** | **Description** | **Appendix Pages** |
|---|---|---|
| Exhibit A: | Skip Davis and Melissa Morgeson Del-Cid Representative Agreements | 0001 - 0014 |
| Exhibit B: | Declaration of Vickie Wise | 0015 - 0017 |
| Exhibit B-1 | Script | 0018 |
| Exhibit C: | Declaration of Ronnie Carroll "Skip" Davis | 0019 - 0021 |
| Exhibit C-1 | March 28, 2018 Facebook post | 0022 |
| Exhibit D: | Declaration of Melissa Morgeson Del-Cid | 0023 - 0025 |
| Exhibit E: | Protocol for Broker Recruiting | 0026 - 0029 |