IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BOKF, NA AND BOK FINANCIAL SECURITIES, INC., <br><br> PLAINTIFFS, <br><br> v. <br><br> VICKIE SUE WISE, RONNIE CARROLL "SKIP" DAVIS, MELISSA MORGESON DEL-CID, HILLTOP HOLDINGS, INC., HILLTOP SECURITIES, INC., HILLTOP SECURITIES INDEPENDENT NETWORK INC., NATIONAL LLOYDS INSURANCE COMPANY, AMERICAN SUMMIT INSURANCE COMPANY, AND PLAINSCAPITAL BANK, <br><br> DEFENDANTS. | § § § § § § § § § § § § § § § § § § §   CIVIL NO. 3:18-cv-00794 |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. Civ. P. 7.1(a) and Local Rule 3.1, Defendants Vickie Sue Wise ("Wise"), Ronnie Carroll "Skip" Davis ("Davis"), Melissa Morgeson Del-Cid ("Del-Cid") (Del-Cid, Wise, and Davis being referenced to collectively as "Individual Defendants"), HilltopHoldings, Inc., HilltopSecurities, Inc., HilltopSecurities Independent Network Inc., National Lloyds Insurance Company, American Summit Insurance Company, and PlainsCapital Bank, the Defendants herein, (collectively, the "Hilltop Defendants"), by and through their undersigned counsel, state that the Hilltop Defendants are Texas corporations and, except as set forth below, no parent entity nor publicly-held corporation owns 10% or more of the Hilltop Defendants stock.

Defendants submit the following list of persons and entities who are financially interested in the outcome of the above-captioned action:

1. Plaintiff BOKF, NA

2. Plaintiff BOK Financial Securities, Inc.

3. Frederic Dorwart, Lawyers – counsel for Plaintiffs

4. Stromberg Stock – counsel for Plaintiffs

5. HilltopHoldings, Inc., a publicly traded company (NYSE: HTH)

6. HilltopSecurities, Inc., a wholly-owned subsidiary of HilltopHoldings, Inc.

7. HilltopSecurities Independent Network Inc., a wholly-owned subsidiary of HilltopHoldings, Inc.

8. National Lloyds Insurance Company, a wholly-owned subsidiary of HilltopHoldings, Inc.

11. PlainsCapital Bank, a wholly-owned subsidiary of HilltopHoldings, Inc.

10. American Summit Insurance Company, a wholly-owned subsidiary of National Lloyds Insurance Company.

11. Vickie Sue Wise

12. Ronnie Carroll "Skip" Davis

13. Melissa Morgeson Del-Cid

14. HUSCH BLACKWELL, LLP – counsel for Defendants.

    Respectfully submitted,

    By:    */s/ Richard A. Illmer*
             Richard A. Illmer
             State Bar No. 10388350
             Chad A. Johnson
             State Bar No. 24026259

**HUSCH BLACKWELL LLP**
2001 Ross Avenue, Suite 2000
Dallas, Texas 75201
(214) 999-6100
(214) 999-6170 (*facsimile*)
ATTORNEYS FOR THE DEFENDANTS

## CERTIFICATE OF SERVICE

      A copy of the foregoing has been served to all counsel of record via ECF on this 9th day of April 2018.

                                          */s/ Richard A. Illmer*
                                          Richard A. Illmer