IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BOKF, NA, *et al.*, § § § Plaintiffs, § § Civil Action No. 3:18-CV-00794-N v. § § VICKIE SUE WISE, *et al.*, § § Defendants. § | |

BOKF, NA, *et al.*,

   Plaintiffs,

v.

VICKIE SUE WISE, *et al.*,

   Defendants.

Civil Action No. 3:18-CV-00794-N

## ORDER

This Order addresses Plaintiffs BOKF, NA and BOK Financial Securities, Inc.'s application for a temporary restraining order [3]. Plaintiffs seek to enjoin their former employees, Defendants Vickie Sue Wise, Ronnie Carroll Davis, and Melissa Morgeson Del-Cid (collectively, the "Individual Defendants") and the Individual Defendants' new employers from violating their noncompete, nonsolicitation, and confidentiality obligations to Plaintiffs. Plaintiffs move the Court to enter injunctive relief pending resolution of the merits of their claims by a Financial Industry Regulatory Authority ("FINRA") arbitration panel. But Plaintiffs have failed to show a sufficient likelihood of success on the merits of their claims based on the limited record. The Court thus denies Plaintiffs' application. The Court defers to the FINRA arbitration panel regarding any further requests for injunctive relief.

ORDER – PAGE 1

Signed April 9, 2018.

_____
David C. Godbey
United States District Judge

ORDER – PAGE 2