# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| BOKF, NA <br> BOK Financial Securities, Inc. (BOKFS) <br>     Plaintiffs. <br> v. <br><br> Vickie Sue Wise, an individual <br>     CRD No. 1883523 <br> Ronnie Carroll "Skip" Davis, an individual <br>     CRD No. 5400246 <br> Melissa Morgeson Del-Cid, an individual <br>     CRD No. 2448005. <br> Hilltop Holdings, Inc. <br> Hilltop Securities, Inc. <br>     CRD No. 6220 <br> Hilltop Independent Network, Inc. <br>     CRD No. 17587 <br> Lloyds Insurance Company <br>     TX Lic. No. 95740 <br> American Summit Insurance Company <br>     TX Lic. No. 58960 <br> Plains Capital Bank <br><br>     Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Case No. 3:18-cv-00794 <br><br><br> Honorable David Godbey <br> United States District Court Judge <br><br><br><br><br><br><br><br><br><br><br><br><br><br> JURY TRIAL DEMANDED |

**BOKF NA and BOK FINANCIAL SECURITIES, INC. (BOKFS)**
**UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE**
**THE FOLLOWING PARTIES ONLY:**
**HILLTOP HOLDINGS, INC., PLAINSCAPITAL BANK, LLOYDS INSURANCE**
**COMPANY AND AMERICAN SUMMIT INSURANCE COMPANY ONLY**[1]

---

[1] BOKF NA AND BOKFS reserve all claims as set forth in the Complaint [Doc.001] and the Emergency Application for Temporary Injunctive Relief [Doc.003] and do <u>not</u> hereby dismiss any claims.

BOKF NA (BOKF-NA or the Bank) and BOK Financial Securities, Inc. (BOKF Securities) jointly move to dismiss, without prejudice, the following parties only: Hilltop Holdings, Inc., PlainsCapital Bank, Lloyds Insurance Company and American Summit Insurance Company ("the Parties to be Dismissed Without Prejudice").

Counsel for BOKF-NA and BOKF Securities has met and conferred with counsel for the Defendants. The motion is unopposed.

BOKF-NA and BOKF Securities will submit a proposed order dismissing the Parties to Be Dismissed Without Prejudice directly to the intake box for the Honorable District Judge this same date. (Exhibit 1 Proposed Order).

In so moving to dismiss without prejudice the listed parties, BOKF-NA (the Bank) and BOKF Securities (i) do <u>not</u> dismiss any claims and (ii) do reserve the right to add new parties and/or to rename dismissed parties.

                Respectfully submitted,

                <u>s/Erica Anne Dorwart</u>
                Frederic Dorwart, OBA # 2436*
                Erica Anne Dorwart, OBA #18367
                John D. Clayman
                Texas Bar Number 24066338
                FREDERIC DORWART, LAWYERS
                124 East Fourth Street
                Tulsa, Oklahoma 74103
                jclayman@fdlaw.com
                (918) 583-9922 (Tel.)
                (918) 584-2729 (Fax)

\* These attorneys will likely seek pro hac vice admission.

                Brett S. Field
                Texas Bar Number 24050596
                STROMBERG STOCK
                8750 N. Central Expressway
                Suite 625
                Dallas, Texas  75231
                (972) 458-5353 (Tel.)
                (972) 861-5339 (Fax)
                brett@strombergstock.com

                Attorneys for Plaintiffs, BOKF, NA and BOK Financial Securities, Inc.

## CERTIFICATE OF SERVICE

On May 15, 2018, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5 (b)(2).

Rick Illmer, TX 10388350
Chad Johnson, TX 24026259
Husch Blackwell, LLP
2001 Ross Avenue Suite 2000
Dallas, Texas 75201-2995
Rick.illmer@huschblackwell.com
Chad.Johnson@huschblackwell.com
214-999-6112 (Illmer)
214-999-6173 (Johnson)

Counsel for all Defendants

/s/ Erica Anne Dorwart
Erica Anne Dorwart