IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BOKF, NA | § | |
| BOK Financial Securities, Inc. (BOKFS) | § | |
| | § | |
| Plaintiffs. | § | |
| | § | |
| v. | § | Case No. 3:18-cv-00794 |
| | § | |
| | § | |
| Vickie Sue Wise, an individual | § | Honorable David Godbey |
| CRD No. 1883523 | § | United States District Court Judge |
| Ronnie Carroll "Skip" Davis, an individual | § | |
| CRD No. 5400246 | § | |
| Melissa Morgeson Del-Cid, an individual | § | |
| CRD No. 2448005. | § | |
| Hilltop Holdings, Inc. | § | |
| Hilltop Securities, Inc. | § | |
| CRD No. 6220 | § | |
| Hilltop Independent Network, Inc. | § | |
| CRD No. 17587 | § | |
| Lloyds Insurance Company | § | |
| TX Lic. No. 95740 | § | |
| American Summit Insurance Company | § | |
| TX Lic. No. 58960 | § | JURY TRIAL DEMANDED |
| Plains Capital Bank | § | |
| | § | |
| Defendants. | | |

**ORDER GRANTING
BOKF NA and BOK FINANCIAL SECURITIES, INC. (BOKF Securities)
UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE
THE FOLLOWING PARTIES ONLY:
HILLTOP HOLDINGS, INC., PLAINSCAPITAL BANK, LLOYDS INSURANCE
<u>COMPANY AND AMERICAN SUMMIT INSURANCE COMPANY ONLY</u>**

Now before this Court is Plaintiffs' Unopposed Motion to Dismiss Without Prejudice

the Following Parties Only: Hilltop Holdings, Inc., PlainsCapital Bank, Lloyds Insurance

2

Company, and American Summit Insurance Company.

After consideration, the Court grants the Plaintiff's Motion to Dismiss Without Prejudice the following parties: Hilltop Holdings, Inc., PlainsCapital Bank, Lloyds Insurance Company, and American Summit Insurance Company.

IT IS HEREBY ADJUDGED, ORDERED, AND DECREED that Plaintiff's Motion to Dismiss Without Prejudice the following parties: Hilltop Holdings, Inc., PlainsCapital Bank, Lloyds Insurance Company, and American Summit Insurance Company is hereby granted.

IT IS HEREBY ADJUDGED, ORDERED, AND DECREED that the following parties are dismissed without prejudice: Hilltop Holdings, Inc., PlainsCapital Bank, Lloyds Insurance Company, and American Summit Insurance Company.

SIGNED this 18th day of May, 2018.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE