IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BOKF NA, *et al.*, | § § § § | |
| Plaintiffs, | | |
| v. | § § § | Case No. 3:18-CV-00794-N |
| VICKIE SUE WISE, *et al.*, | § § § | |
| Defendants. | § | |

**ORDER GRANTING PLAINTIFF BOKFNA (The Bank's)
MOTION FOR EXTENSION OF TIME
FOR DISCOVERY AND DISPOSITIVE MOTION DEADLINES
IN SCHEDULING ORDER [DOC. 021]
WITH PROPOSED ORDER GRANTING EXTENSION OF TIME**

Now before this Court is Plaintiff BOKFNA (the Bank)'s Unopposed Motion for Extension of time extending the discovery and dispositive motion deadlines set forth in the Scheduling Order by an additional forty-five (45) days. After consideration, the Court grants Defendants' Motion for Extension of Time.

IT IS HEREBY ADJUDGED, ORDERED, AND DECREED that Defendants' Motion to Extend Time is hereby granted and that the parties are granted an additional forty (45) days for discovery and dispositive motions.

Dated this ____ day of January, 2019.


_____
THE HONORABLE JUDGE OF THE DISTRICT COURT

2

**APPROVED AS TO FORM**

s/Erica Anne Dorwart
Frederic Dorwart, OBA # 2436*
Erica Anne Dorwart, OBA #18367
John D. Clayman
Texas Bar Number 24066338
FREDERIC DORWART, LAWYERS
124 East Fourth Street
Tulsa, Oklahoma 74103
jclayman@fdlaw.com
(918) 583-9922 (Tel.)
(918) 584-2729 (Fax)


/S/ Rick Illmer (by Counsel for Plaintiffs with Consent)
Rick Illmer, TX 10388350
Chad Johnson, TX 24026259
Husch Blackwell, LLP
2001 Ross Avenue Suite 2000
Dallas, Texas 75201-2995
Rick.illmer@huschblackwell.com
Chad.Johnson@huschblackwell.com
214-999-6112 (Illmer)
214-999-6173 (Johnson)


Counsel for all Defendants

3

## CERTIFICATE OF SERVICE

       On January 29, 2019, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5 (b)(2).

Rick Illmer, TX 10388350
Chad Johnson, TX 24026259
Husch Blackwell, LLP
2001 Ross Avenue Suite 2000
Dallas, Texas 75201-2995
Rick.illmer@huschblackwell.com
Chad.Johnson@huschblackwell.com
214-999-6112 (Illmer)
214-999-6173 (Johnson)

Counsel for all Defendants

                                        /s/ Erica Anne Dorwart
                                        Erica Anne Dorwart