## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| BOKF NA, *et al.*, | § |
| | § |
| **Plaintiffs,** | § |
| | § |
| **v.** | §      Case No. 3:18-CV-00794-N |
| | § |
| VICKIE SUE WISE, *et al.*, | § |
| | § |
| | § |

### PLAINTIFF BOKF, N.A.'s NOTICE OF TAKING VIDEOTAPED DEPOSITION OF MELISSA MOREGSON DEL-CID

To:     Melissa Moregson Del-Cid, by and through her counsel of record, Richard A. Illmer and Chad A. Johnson, Husch Blackwell LLP, 1900 N. Pearl Street, Suite 1800, Dallas, TX 75201-6929.

YOU ARE HEREBY NOTIFIED that the undersigned will take the videotaped deposition of the following:

DEPONENT: **MELISSA MORGESON DEL-CID**

DATE:          January 30, 2019

TIME:          9:00 a.m. (CST)

PLACE:        STROMBERG STOCK, PLLC

8750 N. Central Expressway, Ste 625
Dallas, TX  75231

Upon oral examination before a notary public or any other officer duly authorized by law to take depositions.  Said deposition will be taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the applicable statutes.

Respectfully submitted,

Erica Anne Dorwart
Frederic Dorwart, OBA # 2436
Erica Anne Dorwart, OBA #18367
John D. Clayman
Texas Bar Number 24066338
FREDERIC DORWART, LAWYERS
124 East Fourth Street
Tulsa, Oklahoma 74103
jclayman@fdlaw.com
(918) 583-9922 (Tel.)
(918) 584-2729 (Fax)

By: */s/Brett Field*
Brett S. Field
Texas Bar Number 24050596
STROMBERG STOCK
8750 N. Central Expressway
Suite 625
Dallas, Texas 75231
(972) 458-5353 (Tel.)
(972) 861-5339 (Fax)
brett@strombergstock.com

*Attorneys for Plaintiffs, BOKF, NA and BOK*
*Financial Securities, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the <u>17th</u> day of January, 2019, a true and correct copy of the foregoing was served via e-mail on all counsel of record.

Richard A. Illmer
Rick.illmer@huschblackwell.com
Chad A. Johnson
Chad.johnson@huschblackwell.com
Husch Blackwell LLP
1900 N. Pearl Street
Suite 1800
Dallas, TX 75201-6929
*Counsel for Defendants*

*/s/ Brett Field*
Brett Field

PLAINTIFF BOKF, N.A.'s NOTICE OF DEPOSITION OF MELISSA MOREGSON DEL-CID – PAGE 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **BOKF NA,** *et al.,* | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Case No. 3:18-CV-00794-N** |
| | § | |
| **VICKIE SUE WISE,** *et al.,* | § | |
| | § | |

## PLAINTIFF BOKF, N.A.'s NOTICE OF TAKING VIDEOTAPED DEPOSITION OF RONNIE CARROLL DAVIS

To:    Ronnie Carroll Davis, by and through his counsel of record, Richard A. Illmer and Chad A. Johnson, Husch Blackwell LLP, 1900 N. Pearl Street, Suite 1800, Dallas, TX 75201-6929.

YOU ARE HEREBY NOTIFIED that the undersigned will take the videotaped deposition of the following:

DEPONENT: **RONNIE CARROLL DAVIS**

DATE:        January 31, 2019

TIME:        9:00 a.m. (CST)

PLACE:      STROMBERG STOCK, PLLC

8750 N. Central Expressway, Ste 625
Dallas, TX 75231

Upon oral examination before a notary public or any other officer duly authorized by law to take depositions. Said deposition will be taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the applicable statutes.

Respectfully submitted,

Erica Anne Dorwart
Frederic Dorwart, OBA # 2436
Erica Anne Dorwart, OBA #18367
John D. Clayman
Texas Bar Number 24066338
FREDERIC DORWART, LAWYERS
124 East Fourth Street
Tulsa, Oklahoma 74103
jclayman@fdlaw.com
(918) 583-9922 (Tel.)
(918) 584-2729 (Fax)

By: */s/Brett Field*
Brett S. Field
Texas Bar Number 24050596
STROMBERG STOCK
8750 N. Central Expressway
Suite 625
Dallas, Texas 75231
(972) 458-5353 (Tel.)
(972) 861-5339 (Fax)
brett@strombergstock.com

*Attorneys for Plaintiffs, BOKF, NA and BOK*
*Financial Securities, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 17th day of January, 2019, a true and correct copy of the foregoing was served via e-mail on all counsel of record.

Richard A. Illmer
Rick.illmer@huschblackwell.com
Chad A. Johnson
Chad.johnson@huschblackwell.com
Husch Blackwell LLP
1900 N. Pearl Street
Suite 1800
Dallas, TX 75201-6929
*Counsel for Defendants*

*/s/ Brett Field*
Brett Field

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

BOKF NA, *et al.*,                           §
                                             §
    **Plaintiffs,**                          §
                                             §
v.                                           §          **Case No. 3:18-CV-00794-N**
                                             §
**VICKIE SUE WISE, *et al.*,**                §
                                             §

### PLAINTIFF BOKF, N.A.'s NOTICE OF TAKING VIDEOTAPED
### DEPOSITION OF VICKIE SUE WISE

To:    Vickie Sue Wise, by and through her counsel of record, Richard A. Illmer and Chad A. Johnson, Husch Blackwell LLP, 1900 N. Pearl Street, Suite 1800, Dallas, TX 75201-6929.

      YOU ARE HEREBY NOTIFIED that the undersigned will take the videotaped deposition of the following:

      DEPONENT: **VICKIE SUE WISE**

      DATE:        February 1, 2019

      TIME:        9:00 a.m. (CST)

      PLACE:      STROMBERG STOCK, PLLC

                    8750 N. Central Expressway, Ste 625
                    Dallas, TX 75231

      Upon oral examination before a notary public or any other officer duly authorized by law to take depositions. Said deposition will be taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the applicable statutes.

Respectfully submitted,

Erica Anne Dorwart
Frederic Dorwart, OBA # 2436
Erica Anne Dorwart, OBA #18367
John D. Clayman
Texas Bar Number 24066338
FREDERIC DORWART, LAWYERS
124 East Fourth Street
Tulsa, Oklahoma 74103
jclayman@fdlaw.com
(918) 583-9922 (Tel.)
(918) 584-2729 (Fax)

By: */s/Brett Field*
Brett S. Field
Texas Bar Number 24050596
STROMBERG STOCK
8750 N. Central Expressway
Suite 625
Dallas, Texas 75231
(972) 458-5353 (Tel.)
(972) 861-5339 (Fax)
brett@strombergstock.com

*Attorneys for Plaintiffs, BOKF, NA and BOK Financial Securities, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 17th day of January, 2019, a true and correct copy of the foregoing was served via e-mail on all counsel of record.

Richard A. Illmer
Rick.illmer@huschblackwell.com
Chad A. Johnson
Chad.johnson@huschblackwell.com
Husch Blackwell LLP
1900 N. Pearl Street
Suite 1800
Dallas, TX 75201-6929
*Counsel for Defendants*

*/s/ Brett Field*
Brett Field