**Vickie S Wise - 000005021 - Bank of Texas**

# Job History

**History type**
All

| Effective | Job | Alternate Title | Status | Reason | Pay Frequency | Hourly/Salaried | Scheduled Hours | Type | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 03/23/2018 | 80672 - Client Advisor | | Terminated | Better Career Opportunity | Semi-Monthly | Salaried | 86.7000 | Full Time Employees | |
| 03/01/2017 | 80672 - Client Advisor | | Active | Perf Review | Semi-Monthly | Salaried | 86.7000 | Full Time Employees | |
| 01/01/2017 | 80672 - Client Advisor | | Active | Correction | Semi-Monthly | Salaried | 86.7000 | Full Time Employees | |
| 01/01/2017 | 80672 - Client Advisor | | Active | Transferred in | Semi-Monthly | Salaried | 86.7000 | Full Time Employees | |

Ronnie Davis Jr. - 000008913 - Bank of Texas

# Job History

**History type**
All

| Effective | Job | Alternate Title | Status | Reason | Pay Frequency | Hourly/Salaried | Scheduled Hours | Type | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 03/23/2018 | 80672 - Client Advisor | | Terminated | Better Career Opportunity | Semi-Monthly | Salaried | 86.7000 | Full Time Employees | |
| 03/01/2017 | 80672 - Client Advisor | | Active | Perf Review | Semi-Monthly | Salaried | 86.7000 | Full Time Employees | |
| 01/01/2017 | 80672 - Client Advisor | | Active | Correction | Semi-Monthly | Salaried | 86.7000 | Full Time Employees | |
| 01/01/2017 | 80672 - Client Advisor | | Active | Transferred in | Semi-Monthly | Salaried | 86.7000 | Full Time Employees | |

Melissa J Del-Cid - 000005121 - Bank of Texas

## Job History

**History type**
All

| Effective | Job | Alternate Title | Status | Reason | Pay Frequency | Hourly/Salaried | Scheduled Hours | Type | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 03/23/2018 | 80332 - Sr Sec Sales/Service Spec | | Terminated | Better Career Opportunity | Semi-Monthly | Salaried | 86.7000 | Full Time Employees | |
| 03/01/2018 | 80332 - Sr Sec Sales/Service Spec | | Active | Merit increase | Semi-Monthly | Salaried | 86.7000 | Full Time Employees | |
| 03/01/2017 | 80332 - Sr Sec Sales/Service Spec | | Active | Perf Review | Semi-Monthly | Salaried | 86.7000 | Full Time Employees | |
| 03/01/2017 | 80332 - Sr Sec Sales/Service Spec | | Active | Merit increase | Semi-Monthly | Salaried | 86.7000 | Full Time Employees | |
| 02/01/2017 | 80332 - Sr Sec Sales/Service Spec | | Active | Correction | Semi-Monthly | Salaried | 86.7000 | Full Time Employees | |
| 02/01/2017 | 80332 - Sr Sec Sales/Service Spec | | Active | Transferred in | Semi-Monthly | Salaried | 86.7000 | Full Time Employees | |