# Vickie Wise, CFP®, CLU®

Senior Vice President, Financial Advisor at Hilltop Securities Inc.

## Summary

As Senior Vice President and a CERTIFIED FINANCIAL PLANNER™ with The Private Client Group at Hilltop Securities Inc., I am passionate about helping my clients meet and exceed their financial goals and aspirations. I enjoy serving others by providing financial planning and wealth management services with the core objective of helping clients understand what they want their money to do for them personally and professionally.


[My Compliance Department will not allow me to show any endorsements or recommendations on LinkedIn in order to comply with SEC and FINRA regulations. My apologies for not sharing any endorsements.]

[Common Misspellings: Vicki Wise, Vicky Wise, Vickie Weiss, Vicki Weiss, Vicky Weiss]

## Experience

**Senior Vice President, Financial Advisor**
March 2018  -  Present

  SVP | Financial Advisor | Hilltop Securities Inc., Private Client Group | Specializing in Investments | Estate Planning

**Senior Vice President | Client Advisor at The Private Bank | Bank of Texas**
September 1998  -  March 2018 (19 years 7 months)

  As Senior Vice President and a CERTIFIED FINANCIAL PLANNER™ at Bank of Texas, my team and I have responsibilities for helping high net worth families and individuals not only with investment planning, but also estate and financial planning.  I also work with many non-profits, instituions and municipalities on their investment management.

**Adjunct Professor at Southern Methodist University**
2009  -  2010 (2 years)

  As an Adjunct Professor in the Certified Financial Planning Program at Southern Methodist University for two semesters, I was the first student that completed their program to be asked to teach.  I taught the Fundamentals of Financial Planning course, which was a fulfilling opportunity for me to give back to an institution where I gleaned so much knowledge about financial planning.

**Associate Vice President, Sales**

July 1996  -  September 1998 (2 years 3 months)

  As Associate Vice President of Sales at Morgan Keegan & Company, I placed fixed income investment products, both taxable and tax-exempt with institutions located across the United States, particularly in Texas, Arkansas and Oklahoma. I prospected and developed relationships with potential investors, including bank portfolio and trust department managers, corporate cash managers and mutual fund money managers as well as other institutional investors.

Senior Vice President
May 1988  -  June 1996 (8 years 2 months)

  As Senior Vice President at Llama Company, I transferred to Institutional Sales department from Municipal Finance in March 1993 and was promoted to Vice President in February 1995 and Senior Vice President in May 1996. I placed fixed income investment products, both taxable and tax-exempt, with institutions located across the United States.

Associate Vice President, Municipal Finance
May 1988  -  March 1993 (4 years 11 months)

  As Associate Vice President of Municipal Finance at Llama Company, I was hired as an Underwriting Assistant in May 1988 as one of the initial employees of Llama Company, an organization wholly owned by the Sam Walton family. I worked directly with the Director of Municipal Finance in the organization and development of potential municipal finance clients. In my five years of investment banking, I was regularly promoted and given additional responsbilities, including analyzing student loan bond issue components and developing expertise in running student loan cash flow software programs, modeling and analysis of various cash flow scenarios for student loan bond issues, document preparation and review, and providing technical and analytical support for all financing projects, including project feasibility analysis, structural analysis, cash flow modeling and cash flow sensitivity analysis. I was also responsbile for developing and presenting thorough professional written and oral presentations for rating agencies, credit providers and potential investors, as well as working directly with the Sales and Trading Department to aid them in understanding proprietary municipal finance products.

Accountant
January 1982  -  April 1987 (5 years 4 months)

  As an Accountant at Nabob Operating Company, Inc., I was responsible for converting antiquated accounting ledgers to a computer system and maintaining the company's accounting records, including the tracking of all oil and gas lease and well costs, as well as assembling monthly joint interest billings, and computing and compiling all payroll and payroll tax reports.

---

# Education

Southern Methodist University
Certificate Program in Financial Planning, Financial Planning, 2005 - 2007

University of Arkansas

Bachelor of Science (BS), Finance and Financial Management Services

Activities and Societies: Member of Beta Gamma Sigma Business Administration Honor Society (UofA).

Tulsa Junior College

Associate's degree, Accounting and Finance

## Honors and Awards

FIVE STAR Wealth Manager Award, FIVE STAR Wealth Manager Award

# Vickie Wise, CFP®, CLU®

Senior Vice President, Financial Advisor at Hilltop Securities Inc.



Contact Vickie on LinkedIn