# Vickie Wise, CFP®, CLU®

Senior Vice President, Financial Advisor at Hilltop Securities Inc.
Dallas, Texas

## Contact

www.linkedin.com/in/vickiewise (LinkedIn)
www.hilltopsecurities.com (Other)
www.hilltopsecurities.com//vickie-wise (Company)

## Top Skills

Life Insurance
Long Term Care Insurance
Disability Insurance

## Languages

English (Native or Bilingual)

## Certifications

Chartered Life Underwriter (CLU®)
Life & Health Insurance License
Series 7, 63, 65
CERTIFIED FINANCIAL PLANNER™ (CFP®)

## Honors-Awards

FIVE STAR Wealth Manager Award
FIVE STAR Wealth Manager Award

## Summary

As Senior Vice President, Financial Advisor and a CERTIFIED FINANCIAL PLANNER™ with The Private Client Group at Hilltop Securities Inc., I am passionate about helping my clients meet and exceed their financial goals and aspirations. I enjoy serving others by providing financial planning and wealth management services with the core objective of helping clients to delineate and articulate their financial goals, both personally and professionally, and then helping them make that happen.

[Common Misspellings: Vicki Wise, Vicky Wise, Vickie Weiss, Vicki Weiss, Vicky Weiss]

## Experience

**Hilltop Securities Inc.**
Senior Vice President, Financial Advisor
March 2018 - Present

SVP | Financial Advisor | Hilltop Securities Inc., Private Client Group | Investments | Estate Planning

**The Private Bank | Bank of Texas**
Senior Vice President | Client Advisor
September 1998 - March 2018 (19 years 7 months)
Dallas/Fort Worth Area

As Senior Vice President and a CERTIFIED FINANCIAL PLANNER™ at Bank of Texas, my team and I had responsibilities for helping high net worth families and individuals, not only with investment planning, but also estate and financial planning.  I also worked with many non-profits, institutions and municipalities on their investment management.

**Southern Methodist University**
Adjunct Professor
2009 - 2010 (2 years)

As an Adjunct Professor in the Certified Financial Planning Program at Southern Methodist University for two semesters, I was the first student that completed their program to be asked to teach. I taught the Fundamentals of Financial Planning course, which was a fulfilling opportunity for me to give back to an institution where I gleaned so much knowledge about financial planning.

Morgan Keegan & Company
Associate Vice President, Sales
July 1996 - September 1998 (2 years 3 months)
Rogers, Arkansas Area

As Associate Vice President of Sales at Morgan Keegan & Company, I placed fixed income investment products, both taxable and tax-exempt with institutions located across the United States, particularly in Texas, Arkansas and Oklahoma. I prospected and developed relationships with potential investors, including bank portfolio and trust department managers, corporate cash managers and mutual fund money managers as well as other institutional investors.

Llama Company
Senior Vice President
May 1988 - June 1996 (8 years 2 months)
Fayetteville, Arkansas Area

As Senior Vice President at Llama Company, I transferred to Institutional Sales department from Municipal Finance in March 1993 and was promoted to Vice President in February 1995 and Senior Vice President in May 1996. I placed fixed income investment products, both taxable and tax-exempt, with institutions located across the United States.

Llama Company
Associate Vice President, Municipal Finance
May 1988 - March 1993 (4 years 11 months)

As Associate Vice President of Municipal Finance at Llama Company, I was hired as an Underwriting Assistant in May 1988 as one of the initial employees of Llama Company, an organization wholly owned by the Sam Walton family. I worked directly with the Director of Municipal Finance in the organization and development of potential municipal finance clients. In my five years of investment banking, I was regularly promoted and given additional responsbilities, including analyzing student loan bond issue components and developing expertise in running student loan cash flow software programs,

modeling and analysis of various cash flow scenarios for student loan bond issues, document preparation and review, and providing technical and analytical support for all financing projects, including project feasibility analysis, structural analysis, cash flow modeling and cash flow sensitivity analysis. I was also responsbile for developing and presenting thorough professional written and oral presentations for rating agencies, credit providers and potential investors, as well as working directly with the Sales and Trading Department to aid them in understanding proprietary municipal finance products.

### Nabob Operating Company, Inc.
Accountant
January 1982 - April 1987 (5 years 4 months)
Tulsa, Oklahoma Area

As an Accountant at Nabob Operating Company, Inc., I was responsible for converting antiquated accounting ledgers to a computer system and maintaining the company's accounting records, including the tracking of all oil and gas lease and well costs, as well as assembling monthly joint interest billings, and computing and compiling all payroll and payroll tax reports.

## Education

### Southern Methodist University
Certificate Program in Financial Planning, Financial Planning · (2005 - 2007)

### University of Arkansas
Bachelor of Science (BS), Finance and Financial Management Services

### Tulsa Junior College
Associate's degree, Accounting and Finance

Case 3:18-cv-00794-N    Document 30-8    Filed 02/20/19    Page 4 of 6    PageID 1741

# Vickie Wise, CFP®, CLU®

Senior Vice President, Financial Advisor at Hilltop Securities Inc.

Dallas, Texas

- Hilltop Securities Inc.
- Southern Methodist University
- See contact info
- 500+ connections

As Senior Vice President, Financial Advisor and a CERTIFIED FINANCIAL PLANNER™ with The Private Client Group at Hilltop Securities Inc., I am passionate about helping my clients meet and exceed their financial goals and aspirations. I enjoy serving others by providing financial planning and wealth management services with the core objective of helping clients to delineate and articulate their financial goals, both personally and professionally, and then helping them make that happen.

[Common Misspellings: Vicki Wise, Vicky Wise, Vickie Weiss, Vicki Weiss, Vicky Weiss]

## Activity
529 followers

## Activity

529 followers

**You have a great team, Jim! Congrats!**
Vickie commented

**Texas Public Finance 2019**
Vickie shared this
3 Likes

See all

## Experience

**Senior Vice President, Financial Advisor**
Hilltop Securities Inc.
Mar 2018 – Present · 1 yr

SVP | Financial Advisor | Hilltop Securities Inc., Private Client Group | Investments | Estate Planning

**Senior Vice President | Client Advisor**
The Private Bank | Bank of Texas
Sep 1998 – Mar 2018 · 19 yrs 7 mos
Dallas/Fort Worth Area

As Senior Vice President and a CERTIFIED FINANCIAL PLANNER™ at Bank of Texas, my team and I had responsibilities for helping high net worth families and individuals, not only with investment planning, but also estate and financial planning. I also worked with many non-profits, institutions and municipalities on their investment management.

**Adjunct Professor**
Southern Methodist University
2009 – 2010 · 1 yr
Dallas/Fort Worth Area

As an Adjunct Professor in the Certified Financial Planning Program at Southern Methodist University for two semesters, I was the first student that completed their program to be asked to teach. I taught the Fundamentals of Financial Planning course, which was a fulfilling opportunity for me to give back to an institution where I gleaned so much knowledge about financial planning.

**Associate Vice President, Sales**

Case 3:18-cv-00794-N    Document 30-8    Filed 02/20/19    Page 6 of 6    PageID 1743

### Adjunct Professor
Southern Methodist University
2009 – 2010 · 1 yr
Dallas/Fort Worth Area

As an Adjunct Professor in the Certified Financial Planning Program at Southern Methodist University for two semesters, I was the first student that completed their program to be asked to teach. I taught the Fundamentals of Financial Planning course, which was a fulfilling opportunity for me to give back to an institution where I gleaned so much knowledge about financial planning.

### Associate Vice President, Sales
Morgan Keegan & Company
Jul 1996 – Sep 1998 · 2 yrs 3 mos
Rogers, Arkansas Area

As Associate Vice President of Sales at Morgan Keegan & Company, I placed fixed income investment products, both taxable and tax-exempt with institutions located across the United States, particularly in Texas, Arkansas and Oklahoma. I prospected and developed relationships with potential investors, including bank portfolio and trust department managers, corporate c… See more

### Llama Company
8 yrs 2 mos

#### Senior Vice President
May 1988 – Jun 1996 · 8 yrs 2 mos
Fayetteville, Arkansas Area

As Senior Vice President at Llama Company, I transferred to Institutional Sales department from Municipal Finance in March 1993 and was promoted to Vice President in February 1995 and Senior Vice President in May 1996. I placed fixed income investment products, both taxable and tax-exempt, with institutions located across the United States.

#### Associate Vice President, Municipal Finance
May 1988 – Mar 1993 · 4 yrs 11 mos
Fayetteville, Arkansas Area

As Associate Vice President of Municipal Finance at Llama Company, I was hired as an Underwriting Assistant in May 1988 as one of the initial employees of Llama Company, an organization wholly owned by the Sam Walton family. I worked directly with the Director of Municipal Finance in the organization and development of potential municipal finance clients. In my five years of in… See more

Show 1 more experience ⌄