Dorwart, Erica

| | |
|---|---|
| **From:** | Caywood, Candace |
| **Sent:** | Monday, January 21, 2019 1:18 PM |
| **To:** | 'Illmer, Rick' |
| **Cc:** | Dorwart, Erica; Massey, Karen |
| **Subject:** | RE: Teleconference - BOKFNA v. Wise, Davis, Del-Cid and the Hilltop Defendants |

Mr. Illmer:

I am just following up on the time to reschedule the call.

Thanks,
*Candace*

Candace Caywood, Legal Assistant
FREDERIC DORWART, LAWYERS PLLC
124 East Fourth Street
Tulsa, OK 74103
(918) 583-9922 -Phone
(918) 583-8251 -Fax

**FREDERIC DORWART**
**LAWYERS** PLLC

---

**From:** Caywood, Candace
**Sent:** Friday, January 18, 2019 12:18 PM
**To:** 'Illmer, Rick'
**Cc:** Dorwart, Erica
**Subject:** RE: Teleconference - BOKFNA v. Wise, Davis, Del-Cid and the Hilltop Defendants

Mr. Illmer:

What time works late Tuesday and I will update the invite.

Thanks,
*Candace*

Candace Caywood, Legal Assistant
FREDERIC DORWART, LAWYERS PLLC
124 East Fourth Street
Tulsa, OK 74103
(918) 583-9922 -Phone
(918) 583-8251 -Fax

**FREDERIC DORWART**
**LAWYERS** PLLC

1

**From:** Illmer, Rick <Rick.Illmer@huschblackwell.com>
**Sent:** Friday, January 18, 2019 11:51 AM
**To:** Caywood, Candace <CCaywood@fdlaw.com>
**Cc:** Dorwart, Erica <EDORWART@fdlaw.com>
**Subject:** Re: Teleconference - BOKFNA v. Wise, Davis, Del-Cid and the Hilltop Defendants

I am out this afternoon and in depo Monday. I am available late Tuesday.

Sent from my iPhone

On Jan 18, 2019, at 11:35 AM, Caywood, Candace <CCaywood@fdlaw.com> wrote:

[EXTERNAL EMAIL]

Mr. Illmer:

Time got away this morning and Erica forgot the call. Can we reschedule for this afternoon?

Thanks,
*Candace*

Candace Caywood, Legal Assistant
FREDERIC DORWART, LAWYERS PLLC
124 East Fourth Street
Tulsa, OK 74103
(918) 583-9922 -Phone
(918) 583-8251 -Fax

**FREDERIC DORWART**
**LAWYERS** PLLC


-----Original Appointment-----
**From:** Illmer, Rick <Rick.Illmer@huschblackwell.com>
**Sent:** Wednesday, January 16, 2019 12:02 PM
**To:** Dorwart, Erica
**Subject:** Accepted: Teleconference - BOKFNA v. Wise, Davis, Del-Cid and the Hilltop Defendants
**When:** Friday, January 18, 2019 11:00 AM-11:30 AM (UTC-06:00) Central Time (US & Canada).
**Where:** Call-in number: 866-745-7839 -Attendee Code: 6756460 -Moderator Code: 7879934 (Erica only)

2