IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BOKF, NA AND BOK FINANCIAL SECURITIES, INC., | § § § | |
| PLAINTIFFS, | § § | |
| V. | § § | |
| VICKIE SUE WISE, RONNIE CARROLL "SKIP" DAVIS, MELISSA MORGESON DEL-CID, HILLTOP HOLDINGS, INC., HILLTOP SECURITIES, INC., HILLTOP SECURITIES INDEPENDENT NETWORK INC., NATIONAL LLOYDS INSURANCE COMPANY, AMERICAN SUMMIT INSURANCE COMPANY, AND PLAINSCAPITAL BANK, | § § § § § § § § § | CIVIL NO. 3:18-cv-00794 |
| DEFENDANTS. | § § | |

**APPENDIX IN SUPPORT OF DEFENDANTS' MOTION TO STAY IN FAVOR OF ARBITRATION**

Respectfully submitted,

By:   */s/ Richard A. Illmer*
        Richard A. Illmer
        State Bar No. 10388350
        Chad A. Johnson
        State Bar No. 24026259

**HUSCH BLACKWELL LLP**
1900 Pearl St., Suite 1800
Dallas, Texas 75201
(214) 999-6100
(214) 999-6170 (*facsimile*)

**ATTORNEYS FOR THE DEFENDANTS**

## CERTIFICATE OF SERVICE

      A copy of the foregoing has been served to all counsel of record via ECF on this 20th day of March, 2019.

                                        */s/ Richard A. Illmer*
                                        Richard A. Illmer

| Tab | Description | Page |
|---|---|---|
| **A:** | Statement of Claim | 00001 - 00382 |
| **B:** | Combined discovery | 000383 - 000421 |

**APPENDIX IN SUPPORT OF DEFENDANTS' MOTION TO STAY**　　　　　　　　　　　　　　　　　　　**PAGE 3**
DocID: 4816-6976-9610.1