IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BOKF, NA AND BOK FINANCIAL SECURITIES INC., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:18-CV-794-N |
| VICKIE SUE WISE, *et al.*, | § § § | |
| Defendants. | § | |

**<u>ORDER</u>**

This Order addresses Defendants'[1] motion for protective order and to quash deposition notices [25]. The Court denies the motion. "The court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, including . . . designating the persons who may be present while the discovery is conducted ." FED. R. CIV. P. 26(c)(1)(E). "[T]he burden is upon the movant to show the necessity of its issuance, which contemplates a particular and specific demonstration of fact as distinguished from stereotyped and conclusory statements." *In re Terra Int'l*, 134 F.3d 302, 306 (5th Cir. 1998) (quoting *United States v. Garrett*, 571 F.2d 1323, 1326 n. 3 (5th Cir. 1978)).

Defendants ask the Court to issue a protective order shielding them from having to respond to discovery and to quash several deposition requests. But the discovery and depositions are material in revealing whether Defendants were employees of Plaintiffs and

---

[1] Defendants here include: Vickie Sue Wise, Ronnie Carroll "Skip" Davis, and Melissa Morgeson Del-Cid, Hilltop Securities, Inc., and Hilltop Independent Network, Inc.

ORDER – PAGE 1

whether Defendants took clients from the Plaintiffs. Both issues are highly related to Plaintiffs' breach of contract and misappropriation of trade secret claims. Accordingly, the Court denies Defendants' motion.

Signed April 22, 2019.

_____
David C. Godbey
United States District Judge