IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BOKF NA, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 3:18-CV-00794-N |
| | § | |
| VICKIE SUE WISE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## JOINT STATUS REPORT

COME NOW BOKF, NA ("Plaintiff") and Vickie Sue Wise, Ronnie Carroll "Skip" Davis, Melissa Morgeson Del-Cid, HilltopSecurities, Inc., and HilltopSecurities Independent Network, Inc. (collectively "Defendants"), and, pursuant to the Court's April 25, 2019 Order granting a stay of the above-styled and numbered cause, file this Joint Status Report concerning FINRA Arbitration No. 18-01180 (the "Arbitration").

Discovery is ongoing in the Arbitration, which is currently scheduled for final hearing beginning on November 11, 2019 and continuing until November 14, 2019, if necessary. The Parties are currently engaged in settlement discussions and are attempting to agree on a mediator and proposed mediation date.

Respectfully submitted,

By:   */s/ Erica Anne Dorwart*
Erica Anne Dorwart, OBA $18367
edorwart@fdlaw.com
Texas Bar No 24066338

**FREDERIC DORWART, LAWYERS**
124 East Fourth Street
Tulsa, Oklahoma 74103
(918) 583-9922
(918) 584-2729 (facsimile)

Brett S. Field
brett@strombergstock.com
Texas Bar Number 24050596

**STROMBERG STOCK**
8750 N. Central Expressway, Suite 625
Dallas, Texas 75231
(972) 458-5353
(972) 861-5339 (facsimile)

**ATTORNEYS FOR PLAINTIFFS**

Respectfully submitted,

By:   */s/ Richard A. Illmer*

Richard A. Illmer
State Bar No. 10388350
Rick.Illmer@huschblackwell.com
Chad A. Johnson
State Bar No. 24026259
Chad.Johnson@huschblackwell.com

**HUSCH BLACKWELL, LLP**
1900 N. Pearl Street, Suite 1800
Dallas, TX  75201
Telephone:  (214) 999-6100
Facsimile:   (214) 999-6170

**ATTORNEYS FOR DEFENDANTS**