IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ALTERNATIVE DISPUTE RESOLUTION SUMMARY

1. Style of case: **BOKF NA, et al. v. Vickie Sue Wise, et al.**

2. Civil action number: **3:18-CV-00794-N**

3. Nature of the suit: **breach of contract/trade secrets**

4. Method of ADR used: **mediation**

5. Date ADR session was held: **October 30, 2019**

6. Outcome of ADR *(Select one)*:

   ☐ Parties did not use my services      ☐ Settled, in part, as a result of ADR

   **X** Settled as a result of ADR       ☐ Parties were unable to reach a settlement.

7. What was your TOTAL fee: **$6,390.00**

8. Duration of ADR: **eight (8) hours**   (i.e., one day, two hours)

9. Please list persons in attendance (including party association, defendant, plaintiff). Please provide the names, address and telephone number of counsel on the reverse of this form.

   **Please see attached**

10. Provider information:

    Hon. Jeff Kaplan (Ret.)
    8401 North Central Expressway Suite 610
    Dallas, Texas  75225
    Telephone:  (214) 744-5267


*/s/ Jeff Kaplan*_____                    October 31, 2019
Signature

<u>Alternative Dispute Resolution Summary</u>
*Continued*

Please provide the names, addresses and telephone numbers of counsel:

Erica Anne Dorwart
Jared M. Burden
Frederic Dorwart, Lawyers PLLC
124 East Fourth Street
Tulsa, Oklahoma  74103
Phone:  (918) 583-9922
Counsel for Plaintiffs

Richard A. Illmer
Husch Blackwell LLP
1900 North Pearl Street, Suite 1800
Dallas, Texas  75201
Phone:  (214) 999-6100
Counsel for Defendants

Brett A. Dean, with Plaintiffs
Gregory A. Wheeler, with Plaintiffs
Mike A. Lyons, with Defendants
Vickie Sue Wise, with Defendants
Ronnie Carroll "Skip" Davis, with Defendants
Melissa Morgeson Del-Cid, with Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2019, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas.

*Judy Stephenson*
Judy Stephenson, Case Manager