IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BOKF NA, *et al.*,　§<br>　§<br>　Plaintiffs,　§<br>　§<br>v.　§<br>　§<br>VICKIE SUE WISE, *et al.*,　§<br>　§ | Case No. 3:18-CV-00794-N |

### PLAINTIFFS' NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiffs, BOKF, NA and BOK Financial Securities, Inc., by and through their counsel of record, pursuant to Fed.R.Civ.P. 41(a)(i)[1], and in consideration of a negotiated settlement agreement entered during mediation, hereby dismiss this litigation with prejudice to refiling of all claims which were made, which could have been, and/or which should have been made herein.

Respectfully submitted,

s/Erica Anne Dorwart
Frederic Dorwart, OBA # 2436
Erica Anne Dorwart, OBA #18367
John D. Clayman
Texas Bar Number 24066338
FREDERIC DORWART, LAWYERS PLLC
124 East Fourth Street
Tulsa, Oklahoma 74103
jclayman@fdlaw.com

---

[1] As of the filing of this Notice, none of the named Defendants has filed an Answer to the Complaint.

(918) 583-9922 (Tel.)
(918) 584-2729 (Fax)

Brett S. Field
Texas Bar Number 24050596
STROMBERG STOCK
8750 N. Central Expressway
Suite 625
Dallas, Texas  75231
(972) 458-5353 (Tel.)
(972) 861-5339 (Fax)
brett@strombergstock.com

*Attorneys for Plaintiffs, BOKF, NA and
BOK Financial Securities, Inc.*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 19th day of December, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the applicable ECF registrants.

/s/John D. Clayman__
John D. Clayman